UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:15CV00503 ERW |
| | ) |
| J.J.B. HILLIARD, W.L. LYONS, LLC. et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court on Carol Donley's Motion to Unseal Settlement Agreement [131]. On February 20, 2018, the Court ordered the settlement agreement to be filed under seal until the sale of the real estate at issue in this matter was consummated. On December 4, 2018, the sale of the real estate was consummated. The Court orders the settlement agreement, ECF No. 129-1, be unsealed.

Accordingly,

**IT IS HEREBY ORDERED** that Carol Donley's Motion to Unseal Settlement Agreement [131] is **GRANTED**.

So Ordered this 25th day of March, 2019.

*[signature]*

**E. RICHARD WEBBER**
**SENIOR UNITED STATES DISTRICT JUDGE**

1